

# Fourth Court of Appeals
## San Antonio, Texas

June 25, 2018

No. 04-17-00438-CR

Arthur **WHITLEY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR8583
The Honorable Laura Lee Parker, Judge Presiding

# O R D E R

The Appellant's Unopposed Motion for Extension of Time to File Motion for Panel and En Banc Rehearing is GRANTED. Time is extended until July 6, 2018.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of June, 2018.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court